UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2016-0169

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

Order Filed on September 9, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

   Anthony Van Herk
   Kim Van Herk

Case No.: 15-32741-MBK

Hearing Date: 06/14/2016

Judge: Honorable Michael B. Kaplan

Chapter: 13

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through two (2)   is hereby **ORDERED**.

**DATED: September 9, 2016**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: Anthony Van Herk and Kim Van Herk

Case No.: 15-32741-MBK

Caption of Order: ORDER RESOLVING OBJECTION TO CONFIRMATION

Upon the objection to confirmation of debtor's plan and Powers Kirn, LLC, Attorney for CitiMortgage, Inc., servicing agent for Wilmington Trust Company as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-5, appearing and for cause shown, it is

**ORDERED** as follows:

1.  The pre-petition arrears set forth within the proof of claim filed on behalf of Wilmington Trust Company as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-5, docketed as Claim 5 in the amount of $2,535.74 shall be cured through debtor's Chapter 13 Plan.

2.  Debtor's plan shall be amended accordingly to pay the arrears claim as provided herein.

3.  The creditor shall serve this order on the debtor, trustee and any other party who entered an appearance.