**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2016-0169

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

**Order Filed on September 9, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    Anthony Van Herk
    Kim Van Herk

Case No.: 15-32741-MBK

Hearing Date: 06/14/2016

Judge: Honorable Michael B. Kaplan

Chapter: 13

### ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through two (2)   is hereby **ORDERED**.

**DATED: September 9, 2016**

_Honorable Michael B. Kaplan_
United States Bankruptcy Judge

Page 2
Debtor: Anthony Van Herk and Kim Van Herk
Case No.: 15-32741-MBK
Caption of Order: ORDER RESOLVING OBJECTION TO CONFIRMATION

Upon the objection to confirmation of debtor's plan and Powers Kirn, LLC, Attorney for CitiMortgage, Inc., servicing agent for Wilmington Trust Company as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-5, appearing and for cause shown, it is

**ORDERED** as follows:

1. The pre-petition arrears set forth within the proof of claim filed on behalf of Wilmington Trust Company as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-5, docketed as Claim 5 in the amount of $2,535.74 shall be cured through debtor's Chapter 13 Plan.

2. Debtor's plan shall be amended accordingly to pay the arrears claim as provided herein.

3. The creditor shall serve this order on the debtor, trustee and any other party who entered an appearance.

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony Van Herk  
Kim Van Herk  
     Debtors

Case No. 15-32741-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 09, 2016  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2016.  
db/jdb          +Anthony Van Herk,    Kim Van Herk,    125 Avon Avenue,    South Plainfield, NJ 07080-5003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2016                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2016 at the address(es) listed below:
- Albert Russo    docs@russotrustee.com
- Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
- Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
- Douglas G. Mitchell    on behalf of Joint Debtor Kim Van Herk douglas@lawyermitchell.com, g18162@notify.cincompass.com
- Douglas G. Mitchell    on behalf of Debtor Anthony Van Herk douglas@lawyermitchell.com, g18162@notify.cincompass.com
- Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
- Patrick O. Lacsina    on behalf of Creditor    Nationstar Mortgage LLC placsina@caplaw.net, gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com
- William M.E. Powers    on behalf of Creditor    Wilmington Trust Company as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-5 ecf@powerskirn.com
- William M.E. Powers, III    on behalf of Creditor    Wilmington Trust Company as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-5 ecf@powerskirn.com

                                                                                                         TOTAL: 9