UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Douglas G. Mitchell, Esq.
2810 Morris Ave. Suite 311
Union, NJ 07083
Tel. 908-469-0347 Fax. 908-462-9033
douglas@lawyermitchell.com
Attorney for Debtor(s

**Order Filed on May 16, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Anthony Van Herk & Kim Van Herk

Case No.:      15-32741

Chapter:        13

Judge:          Kaplan

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 16, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____01/13/2016_____ :

Property:       125 Avon Avenue  South Plainfield, NJ 07080

Creditor:       Nationstar Bank

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ___Douglas G. Mitchell, Esq.___, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____8/12/2017_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*