UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Douglas G. Mitchell, Esq.
2810 Morris Ave. Suite 311
Union, NJ 07083
Tel. 908-469-0347 Fax. 908-462-9033
douglas@lawyermitchell.com
Attorney for Debtor(s

Order Filed on August 15, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Anthony Van Herk & Kim Van Herk

Case No.:       15-32741

Chapter:            13

Judge:            Kaplan

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 15, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____01/13/2016_____ :

Property:      125 Avon Avenue  South Plainfield, NJ 07080

Creditor:      Nationstar Bank

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ___Douglas G. Mitchell, Esq.___, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____11/12/2017_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                              Case No. 15-32741-MBK
Anthony Van Herk                                                    Chapter 13
Kim Van Herk
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Aug 16, 2017
                      Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2017.
db/jdb         +Anthony Van Herk,   Kim Van Herk,   125 Avon Avenue,   South Plainfield, NJ 07080-5003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2017                                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2017 at the address(es) listed below:
           Albert   Russo   docs@russotrustee.com
           Albert   Russo   on behalf of Trustee Albert   Russo docs@russotrustee.com
           Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for
           Banc of America Alternative Loan Trust 2005-11 Mortgage Pass-Through Certificates, Series
           2005-11 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
           Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, National Association
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
           Douglas G. Mitchell    on behalf of Joint Debtor Kim   Van Herk douglas@lawyermitchell.com,
           g18162@notify.cincompass.com
           Douglas G. Mitchell    on behalf of Debtor Anthony   Van Herk douglas@lawyermitchell.com,
           g18162@notify.cincompass.com
           Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
           Patrick O. Lacsina    on behalf of Creditor    Nationstar Mortgage LLC bmusarra@rasnj.com,
           bkyecf@rasflaw.com,legerman@rasnj.com
           William M.E. Powers    on behalf of Creditor    Wilmington Trust Company as Trustee for the
           Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-5
           ecf@powerskirn.com
           William M.E. Powers, III    on behalf of Creditor    Wilmington Trust Company as Trustee for the
           Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-5
           ecf@powerskirn.com
                                                                                                                                        TOTAL: 10