Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−32741−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Anthony Van Herk              Kim Van Herk
125 Avon Avenue               125 Avon Avenue
South Plainfield, NJ 07080    South Plainfield, NJ 07080

Social Security No.:
   xxx−xx−0149                   xxx−xx−6730

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on September 8, 2017.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 8, 2017
JAN: kmf

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-32741-MBK
Anthony Van Herk                                                    Chapter 13
Kim Van Herk
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Sep 08, 2017
                              Form ID: 148             Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2017.
```
db/jdb         +Anthony Van Herk,    Kim Van Herk,    125 Avon Avenue,    South Plainfield, NJ 07080-5003
cr             +Nationstar Mortgage LLC,    RAS Citron, LLC,    130 Clinton Road,    Suite 202,
                Fairfield, NJ 07004-2927
515884827     #+ACB Receivables Management,    Po Box 350,    Asbury Park, NJ 07712-0350
516103777      CitiMortgage, Inc.,     P.O. Box 688971,    Des Moines, IA,   50368-8971
515884832     +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                Saint Louis, MO 63179-0040
515884833     +Citimortgage,    Citimortgage Inc/Attn: Bankruptcy.,    Po Box 6030,    Sioux Falls, SD 57117-6030
515884838     +Fein, Such, Kahn & SHepard, P.C.,    7 Century Drive,    Suite 201,    Parsippany, NJ 07054-4673
515884839      Foster, Garbus & Garbus,    60 Motor Parkway,    Commack, NY 11725-5710
515884840     +Kivitz McKeever Lee, PC,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
515884842     +Law Firm of Allan C. Smith, P.C.,    The Bucks County Office Center,    1276 Veterans Highway,
                Suite E-1,    Bristol, PA 19007-2597
515884843    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,     Attn: Bankruptcy,    350 Highland Dr,
                Lewisville, TX 75067)
516865119     +Nationstar Mortgage LLC,    ATTN:Bankruptcy Dept,    PO BOX 619094,    Dallas, TX 75261-9094
516865120     +Nationstar Mortgage LLC,    ATTN:Bankruptcy Dept,    PO BOX 619094,    Dallas, TX 75261,
                Nationstar Mortgage LLC 75261-9094,    ATTN:Bankruptcy Dept
515884846     +Specialized Loan Servi,    Attn: Bankruptcy,    8742 Lucent Blvd. Suite 300,
                Highlands Ranch, CO 80129-2386
515884851     +Trojan Professional Se,    Po Box 1270,    Los Alamitos, CA 90720-1270
516082070     +Wells Fargo Bank,    Nationstar Mortgage LLC,    PO Box 619096,    Dallas, TX 75261-9096
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 09 2017 00:56:36      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 09 2017 00:56:32      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
515884828      +EDI: GMACFS.COM Sep 09 2017 00:38:00      Ally Financial,    Po Box 380901,
                Bloomington, MN 55438-0901
515884830       EDI: BANKAMER.COM Sep 09 2017 00:38:00      Bank Of America,    Po Box 982236,
                El Paso, TX 79998
515884829      +EDI: BANKAMER.COM Sep 09 2017 00:38:00      Bank Of America,    Correspondence FL-1-908-01-49,
                Po Box 31785,    Tampa, FL 33631-3785
516060750       EDI: BL-BECKET.COM Sep 09 2017 00:38:00      CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,
                PO BOX 3001,    MALVERN, PA 19355-0701
515884831      +EDI: CHASE.COM Sep 09 2017 00:38:00      Chase Card Services,    Attn: Correspondence Dept,
                Po Box 15298,    Wilmington, DE 19850-5298
515884834      +EDI: WFNNB.COM Sep 09 2017 00:38:00      Comenity Capital Bank/HSN,    Po Box 182125,
                Columbus, OH 43218-2125
515897603      +E-mail/Text: collections@cafcu.org Sep 09 2017 00:56:53      Corporate America Family Credit Union,    2075 Big Timber Rd,    Elgin, IL 60123-1140
515884835      +E-mail/Text: collections@cafcu.org Sep 09 2017 00:56:53      Corporate America Fcu,
                Attn: Collections Dept,    2075 Big Timber Rd,    Elgin, IL 60123-1140
515884836      +E-mail/Text: kzoepfel@credit-control.com Sep 09 2017 00:56:37      Credit Control, LLC,
                5757 Phantom Drive,    Suite 330,    Hazelwood, MO 63042-2429
515894075       EDI: DISCOVER.COM Sep 09 2017 00:38:00      Discover Bank,    Discover Products Inc,
                PO Box 3025,    New Albany, OH  43054-3025
515884837      +EDI: DISCOVER.COM Sep 09 2017 00:38:00      Discover Financial,    Attn: Bankruptcy,
                Po Box 3025,    New Albany, OH 43054-3025
515884841      +EDI: CBSKOHLS.COM Sep 09 2017 00:38:00      Kohls/Capital One,    Po Box 3120,
                Milwaukee, WI 53201-3120
515884845      +EDI: RMCB.COM Sep 09 2017 00:38:00      Retrieval-Masters Creditors Bureau, Inc.,
                4 Westchester Plaza,    Suite 110,    Elmsford, NY 10523-1615
515884847      +EDI: RMSC.COM Sep 09 2017 00:38:00      Synchrony Bank/ HH Gregg,    Attn: Bankruptcy,
                Po Box 103104,    Roswell, GA 30076-9104
515884848      +EDI: RMSC.COM Sep 09 2017 00:38:00      Synchrony Bank/ Old Navy,    Attn: Bankruptcy,
                Po Box 103104,    Roswell, GA 30076-9104
515884849      +EDI: RMSC.COM Sep 09 2017 00:38:00      Synchrony Bank/Gap,    Attn: Bankrupty,    Po Box 103104,
                Roswell, GA 30076-9104
515884850      +EDI: WTRRNBANK.COM Sep 09 2017 00:38:00      Target,    C/O Financial & Retail Services,
                Mailstop BT PO Box 9475,    Minneapolis, MN 55440-9475
515884852      +EDI: WFFC.COM Sep 09 2017 00:38:00      Wells Fargo Bank Nv Na,
                Attn: Deposits Bankruptcy MAC# P6103-05K,    Po Box 3908,    Portland, OR 97208-3908
515884853      +EDI: WFFC.COM Sep 09 2017 00:38:00      Wells Fargo Home Mortgage,
                Written Correspondence Resolutions,    Mac # X 2302-04e  Po Box 10335,
                Des Moines, IA 50306-0335
                                                                                              TOTAL: 21
```

```
District/off: 0312-3          User: admin                Page 2 of 2                  Date Rcvd: Sep 08, 2017
                              Form ID: 148               Total Noticed: 37
```

          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515884844    ##+Nationwide Credit, Inc.,    1150 East University Drive,    1st Floor,    Tempe, AZ 85281-8674
                                                                                        TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2017 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, National Association
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for
           Banc of America Alternative Loan Trust 2005-11 Mortgage Pass-Through Certificates, Series
           2005-11 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Douglas G. Mitchell    on behalf of Joint Debtor Kim  Van Herk douglas@lawyermitchell.com,
           g18162@notify.cincompass.com
          Douglas G. Mitchell    on behalf of Debtor Anthony  Van Herk douglas@lawyermitchell.com,
           g18162@notify.cincompass.com
          Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
          Patrick O. Lacsina    on behalf of Creditor    Nationstar Mortgage LLC bmusarra@rasnj.com,
           bkyecf@rasflaw.com,legerman@rasnj.com
          William M.E. Powers     on behalf of Creditor    Wilmington Trust Company as Trustee for the
           Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-5
           ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Wilmington Trust Company as Trustee for the
           Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-5
           ecf@powerskirn.com
                                                                                             TOTAL: 10