UNITED STATES BANKRUPTCY COURT
District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Albert Russo
CN 4853
Trenton, NJ  08650
(609) 587-6888
Standing Chapter 13 Trustee

**Order Filed on September 7, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Anthony Van Herk
Kim Van Herk

Debtor(s)

CHAPTER 13 CASE NO. 15-32741 / MBK

Hearing Date:  March 14, 2017   9:00 am

Honorable Michael B. Kaplan

## ORDER REGARDING CHAPTER 13 STANDING
## TRUSTEE'S MOTION TO DISMISS OR
## CERTIFICATION OF DEFAULT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 7, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on Motion/Application of Albert Russo, Standing Chapter 13 Trustee, for an Order Dismissing the Debtor's case and to disburse funds on hand, and good cause having been shown, it is

**ORDERED** that the case is dismissed.

**IT IS FURTHER ORDERED** that any funds held by the Chapter 13 Trustee from payments made on account of the debtor(s) plan shall be disbursed to creditors.

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated.  The employer is authorized to cease wage withholding immediately.  The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony Van Herk  
Kim Van Herk  
    Debtors

Case No. 15-32741-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 08, 2017  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2017.  
db/jdb         +Anthony Van Herk,    Kim Van Herk,    125 Avon Avenue,    South Plainfield, NJ 07080-5003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2017 at the address(es) listed below:

          Albert    Russo    docs@russotrustee.com  
          Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com  
          Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for Banc of America Alternative Loan Trust 2005-11 Mortgage Pass-Through Certificates, Series 2005-11 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
          Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, National Association dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
          Douglas G. Mitchell    on behalf of Joint Debtor Kim    Van Herk douglas@lawyermitchell.com, g18162@notify.cincompass.com  
          Douglas G. Mitchell    on behalf of Debtor Anthony    Van Herk douglas@lawyermitchell.com, g18162@notify.cincompass.com  
          Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com  
          Patrick O. Lacsina    on behalf of Creditor    Nationstar Mortgage LLC bmusarra@rasnj.com, bkyecf@rasflaw.com,legerman@rasnj.com  
          William M.E. Powers    on behalf of Creditor    Wilmington Trust Company as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-5 ecf@powerskirn.com  
          William M.E. Powers, III    on behalf of Creditor    Wilmington Trust Company as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-5 ecf@powerskirn.com

                                                                                                             TOTAL: 10