UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Wells Fargo Bank, National Association, as Trustee
for Banc of America Alternative Loan Trust 2005-11

In Re:
    Van Herk, Anthony
    Van Herk, Kim

Order Filed on September 7, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 15-32741
Hearing Date: 9/05/2017
Chapter 13
Judge: Kaplan

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: September 7, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>Wells Fargo Bank, National Association, as Trustee for Banc of America Alternative Loan Trust 2005-11 Mortgage Pass-Through Certificates, Series 2005-11</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■    Real Property More Fully Described as:

**Land and premises commonly known as Lot , Block ,    125 Avon Avenue,**

☐    Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:
Anthony Van Herk
Kim Van Herk
    Debtors

Case No. 15-32741-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Sep 08, 2017
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2017.
db/jdb        +Anthony Van Herk,   Kim Van Herk,   125 Avon Avenue,   South Plainfield, NJ 07080-5003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2017 at the address(es) listed below:
            Albert   Russo   docs@russotrustee.com
            Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
            Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for Banc of America Alternative Loan Trust 2005-11 Mortgage Pass-Through Certificates, Series 2005-11 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
            Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, National Association dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
            Douglas G. Mitchell    on behalf of Joint Debtor Kim   Van Herk douglas@lawyermitchell.com, g18162@notify.cincompass.com
            Douglas G. Mitchell    on behalf of Debtor Anthony   Van Herk douglas@lawyermitchell.com, g18162@notify.cincompass.com
            Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
            Patrick O. Lacsina    on behalf of Creditor    Nationstar Mortgage LLC bmusarra@rasnj.com, bkyecf@rasflaw.com,legerman@rasnj.com
            William M.E. Powers    on behalf of Creditor    Wilmington Trust Company as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-5 ecf@powerskirn.com
            William M.E. Powers, III    on behalf of Creditor    Wilmington Trust Company as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-5 ecf@powerskirn.com
                                                                                                     TOTAL: 10